# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division − Santa Ana)
# CIVIL DOCKET FOR CASE #: 8:26−cv−00956−DOC−SK

The City of Fullerton v. Oshkosh Corp., et al.,
Assigned to: Judge David O. Carter
Referred to: Magistrate Judge Steve Kim
Demand: $5,000,000
Cause: 15:0001 Antitrust Litigation

Date Filed: 04/21/2026
Date Terminated: 05/08/2026
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**The City of Fullerton**
*individually and on behalf of all others similarly situated*

represented by **Michael E Klenov**
Korein Tillery LLC
505 North 7th Street Suite 3600
Saint Louis, MO 63101
314−241−4844
Fax: 314−241−3525
Email: mklenov@koreintillery.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oshkosh Corp**

**Defendant**

**REV Group, Inc.**

**Defendant**

**Boise Mobile Equipment, Inc.**

**Defendant**

**Ferrara Fire Apparatus, Inc.**

**Defendant**

**Emergency One (E−ONE)**

**Defendant**

**Kovatch Mobile Equipment (KME)**

**Defendant**

**Spartan Emergency Response (Spartan ER)**

**Defendant**

**Spartan Fire Apparatus and Chassis**

**Defendant**

**Smeal Fire Apparatus Co.**

**Defendant**

**Ladder Tower (LT)**

**Defendant**

**Siddons−Martin Emergency Group, LLC**

**Defendant**

**Pierce Atlantic Emergency Solutions, Inc.**

**Defendant**

**Hughes Fire Equipment, Inc.**

**Defendant**

**Golden State Fire Apparatus, Inc.**

**Defendant**

**MacQueen Equipment, LLC**

**Defendant**

**South Coast Fire Equipment, Inc.**

**Defendant**

**Ten−8 Fire & Safety, LLC**

**Defendant**

**Conrad Fire Equipment, Inc.**

**Defendant**

**Firematic Supply Company, Inc.**

**Defendant**

**Front Range Fire Apparatus, Ltd.**

**Defendant**

**Reliant Fire Apparatus, Inc.**

**Defendant**

**Spartan Fire & Emergency Apparatus, Inc.**

**Defendant**

**Emergency Equipment Professionals, Inc.**

**Defendant**

**Halt Fire, Inc.**

**Defendant**

**Glick Fire Equipment Co. Inc.**

**Defendant**

**Minuteman Fire and Rescue Apparatus, LLC**
*doing business as*
Allegiance Fire & Rescue

**Defendant**

**Metro Fire Apparatus Specialists, Inc.**

**Defendant**

**Greenwood Emergency Vehicles, LLC**

**Defendant**

**Fireline, Inc.**

**Defendant**

**Safe Industries, Inc.**

**Defendant**

**Fire Service, Inc.**

**Defendant**

**Sunbelt Fire, Inc.**

**Defendant**

**Vogelpohl Fire Equipment, Inc.**

**Defendant**

**Atlantic Coast Fire Trucks, LLC**

**Defendant**

**W. Campbell Supply Company of Sussex County LLC**

**Defendant**

**Kalmikov Enterprises, Inc.**
*doing business as*
Fire Apparatus Solutions

**Defendant**

**Bulldog Fire Apparatus, Inc.**

**Defendant**

**Sea−Western Holdings, Inc.**

**Defendant**

**Emergency Vehicle Group, Inc.**

**Defendant**

**R & R Fire Truck Repair, Inc.**

**Defendant**

**Firefighter One, LLC**

**Defendant**

**411 Equipment LLC**

**Defendant**

**Absolute Fire Protection Co., Inc.**

**Defendant**

**West Shore Fire, Inc.**
*also known as*
First Due Equipment Sales and Repair, Inc.

**Defendant**

**Ed M. Feld Equipment Co., Inc.**

**Defendant**

**Pete's Equipment Repair, Inc.**

**Defendant**

**Fire Connections, Inc.**

**Defendant**

**Patriot Fire, LLC**

**Defendant**

**Banner Fire Equipment, Inc.**

**Defendant**

**First Choice Fire Apparatus, LLC**

**Defendant**

**Fire Truck Solutions, LLC**

**<u>Defendant</u>**

**Fire Safety USA, Inc.**

**<u>Defendant</u>**

**Fire Line Equipment, LLC**

**<u>Defendant</u>**

**Premier Fire Apparatus, Inc.**

**<u>Defendant</u>**

**Fire Master Fire Equipment, Inc.**

**<u>Defendant</u>**

**CSI Emergency Apparatus, LLC**

**<u>Defendant</u>**

**Hoosier Fire Equipment, Inc.**

**<u>Defendant</u>**

**Hawaii Specialty Vehicles, LLC**

**<u>Defendant</u>**

**Matheny Fire & Emergency, LLC**

**<u>Defendant</u>**

**Goodman Specialized Vehicles**

**<u>Defendant</u>**

**Allsource Enterprises**
*doing business as*
Lone Star Emergency Group

**<u>Defendant</u>**

**Ferrara Fire Apparatus, Inc.**
*doing business as*
Lone Star Emergency Group

**<u>Defendant</u>**

**AAA Firepro of New Mexico, Inc.**

**<u>Defendant</u>**

**Colden Enterprises, Inc.**

**<u>Defendant</u>**

**Jerry's Transmission Service Inc.**
*doing business as*
North Central Emergency Vehicles

**Defendant**

**Leo M. Ellebracht Company**

**Defendant**

**Payette Sales & Service, Inc.**

**Defendant**

**True North Equipment, Inc.**
*doing business as*
True North Emergency Equipment

**Defendant**

**Gorman Enterprises, Inc.**

**Defendant**

**A.E.C. Fire−Safety & Security, Inc.**

**Defendant**

**Advantech Service and Parts LLC**
*doing business as*
Advantech 911 Service and Parts
*doing business as*
DPC Emergency Equipment

**Defendant**

**Hendrickson Fleet Service, Inc**
*doing business as*
Hendrickson Fire Rescue Equipment, Inc.

**Defendant**

**Northeast Emergency Apparatus, LLC**

**Defendant**

**Desorcie Emergency Products, LLC**

**Defendant**

**Fire Apparatus & Supply Team, Inc.**

**Defendant**

**American Emergency Response Training, Inc.**

**Defendant**

**Fire Department Service & Supply, Inc.**

**Defendant**

**Fire & Rescue Products of Harrisburg, LLC**

**Defendant**

**New England Fire Equipment & Apparatus, Corp.**

**Defendant**

**Hall−Mark Fire Apparatus, Inc.**

**Defendant**

**Mile−Hi Fire Apparatus, Inc.**

**Defendant**

**Fired Up Rescue LLC**

**Defendant**

**Mid America Fire Apparatus Inc.**
*doing business as*
Jon'd Mid America Fire Apparatus

**Defendant**

**Mid−America Fire & Safety, LLC**

**Defendant**

**Delmarva Pump Center, Inc.**

**Defendant**

**Adirondack EVG, Inc.**
*doing business as*
Adirondack Emergency Vehicles

**Defendant**

**Northwest Fire Services Inc.**

**Defendant**

**Keystone Fire Apparatus, Inc.**

**Defendant**

**Molines, Inc.**
*doing business as*
Big Sky Fire Equipment

**Defendant**

**1st Out Specialty Vehicles & Equipment LLC**

**Defendant**

**Pierce Manufacturing Inc.**

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2026 | Ï 1 | COMPLAINT Receipt No: ACACDC−42063663 − Fee: $405, filed by Plaintiff The City of Fullerton. (Attachments: # 1 Civil Cover Sheet) (Attorney Michael E Klenov added to party The City of Fullerton(pty:pla))(Klenov, Michael) (Entered: 04/21/2026) |
| 04/23/2026 | Ï 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff The City of Fullerton. (Attachments: # 1 2 − Summons − Pierce Manufacturing Inc., # 2 4 − Summons − Boise Mobile Equipment, Inc., # 3 5 − Summons − REV Group, Inc., # 4 6 − Summons − Ferrara Fire Apparatus, Inc., # 5 7 − Summons − Emergency One (E−ONE), # 6 8 − Summons − Kovatch Mobile Equipment (KME), # 7 9 − Summons − Spartan Emergency Response (Spartan ER), # 8 10 − Summons − Spartan Fire Apparatus and Chassis, # 9 11 − Summons − Smeal Fire Apparatus Co., # 10 12 − Summons − Ladder Tower (LT), # 11 13 − Summons − Siddons−Martin Emergency Group, LLC, # 12 14 − Summons − Pierce Atlantic Emergency Solutions, Inc., # 13 15 − Summons − Hughes Fire Equipment, Inc., # 14 16 − Summons − Golden State Fire Apparatus, Inc., # 15 17 − Summons − MacQueen Equipment, LLC, # 16 18 − Summons − South Coast Fire Equipment, Inc., # 17 19 − Summons − Ten−8 Fire & Safety, LLC, # 18 20 − Summons − Conrad Fire Equipment, Inc., # 19 21 − Summons − Firematic Supply Company, Inc., # 20 22 − Summons − Front Range Fire Apparatus, Ltd., # 21 23 − Summons − Reliant Fire Apparatus, Inc., # 22 24 − Summons − Spartan Fire & Emergency Apparatus, Inc., # 23 25 − Summons − Emergency Equipment Professionals, Inc., # 24 26 − Summons − Halt Fire, Inc., # 25 27 − Summons − Glick Fire Equipment Co. Inc., # 26 28 − Summons − Minuteman Fire and Rescue Apparatus, LLC (d.b.a. Allegiance Fire & Rescue), # 27 29 − Summons − Metro Fire Apparatus Specialists, Inc, # 28 30 − Summons − Greenwood Emergency Vehicles, LLC, # 29 31 − Summons − Fireline, Inc., # 30 32 − Summons − Safe Industries, Inc., # 31 33 − Summons − Fire Service, Inc., # 32 34 − Summons − Sunbelt Fire, Inc., # 33 35 Summons − Vogelpohl Fire Equipment, Inc., # 34 36 − Summons − Atlantic Coast Fire Trucks, LLC, # 35 37 − Summons − W. Campbell Supply Company of Sussex County LLC, # 36 38 − Summons − Kalmikov Enterprises, Inc. (d.b.a. Fire Apparatus Solutions), # 37 39 − Summons − Bulldog Fire Apparatus, Inc., # 38 40 −Summons − Sea−Western Inc., # 39 41 − Summons − Emergency Vehicle Group, Inc., # 40 42 − Summons − R & R Fire Truck Repair, Inc., # 41 43 − Summons − Firefighter One, LLC, # 42 44 − Summons − 411 Equipment LLC, # 43 45 − Summons − Absolute Fire Protection Co., Inc., # 44 46 − Summons − West Shore Fire, Inc., # 45 47 − Summons − Ed M. Feld Equipment Co., Inc., # 46 48 − Summons − Pete's Equipment Repair, Inc., # 47 49 − Summons − Fire Connections, Inc., # 48 50 − Summons − Patriot Fire, LLC, # 49 51 − Summons − Banner Fire Equipment, Inc., # 50 52 − Summons − First Choice Fire Apparatus, LLC, # 51 53 − Summons − Fire Truck Solutions, LLC, # 52 54 − Summons − Fire Safety USA, Inc., # 53 55 − Summons − Fire Line Equipment, LLC, # 54 56 − Summons − |

| | | |
|---|---|---|
| | | Premier Fire Apparatus, Inc., # 55 57 − Summons − Fire Master Fire Equipment, Inc., # 56 58 − Summons − CSI Emergency Apparatus, LLC, # 57 59 − Summons − Hoosier Fire Equipment, Inc., # 58 60 − Summons − Hawaii Specialty Vehicles, LLC, # 59 61 − Summons − Matheny Fire & Emergency, LLC, # 60 62 − Summons − Goodman Specialized Vehicles, # 61 63 − Summons − Lone Star Emergency Group (2), # 62 63 − Summons − Lone Star Emergency Group (2), # 63 64 − Summons − AAA Firepro of New Mexico, Inc., # 64 65 − Summons − Colden Enterprises, Inc., # 65 66 − Summons − Jerry's Transmission Service Inc. (d.b.a. North Central Emergency Vehicles), # 66 67 − Summons − Leo M. Ellebracht Company, # 67 68 − Summons − Payette Sales & Service, Inc., # 68 69 − Summons − True North Equipment, Inc. (d.b.a. True North Emergency Equipment), # 69 70 − Summons − Gorman Enterprises, Inc., # 70 71 − Summons − A.E.C. Fire−Safety & Security, Inc., # 71 72 − Summons − Advantech Service and Parts LLC (d.b.a. Advantech 911 Service and Parts), # 72 73 − Summons − Hendrickson Fleet Service, Inc dba Hendrickson Fire Rescue Equipment, Inc., # 73 74 − Summons − Northeast Emergency Apparatus, LLC, # 74 75 − Summons − Desorcie Emergency Products, LLC, # 75 76 − Summons − Fire Apparatus & Supply Team, Inc., # 76 77 − Summons − American Emergency Response Training, Inc., # 77 78 − Summons − Fire Department Service & Supply, Inc., # 78 79 − Summons − Fire & Rescue Products of Harrisburg, LLC, # 79 80 − Summons − New England Fire Equipment & Apparatus, Corp., # 80 81 − Summons − Hall−Mark Fire Apparatus, Inc., # 81 82 − Summons − Mile−Hi Fire Apparatus, Inc., # 82 83 − Summons − Fired Up Rescue LLC, # 83 84 − Summons − Mid America Fire Apparatus Inc. (d.b.a. Jon'd Mid America Fire Apparatus), # 84 85 − Summons − Mid−America Fire & Safety, LLC, # 85 86 − Summons − Delmarva Pump Center, Inc. (d.b.a. DPC Emergency Equipment), # 86 87 − Summons − Adirondack EVG, Inc. (d.b.a. Adirondack Emergency Vehicles), # 87 88 − Summons − Northwest Fire Services Inc., # 88 89 − Summons − Keystone Fire Apparatus, Inc., # 89 90 − Summons − MOLINES, INC. dba Big Sky Fire Equipment, # 90 91 − Summons − 1st Out Specialty Vehicles & Equipment LLC)(Klenov, Michael) (Entered: 04/23/2026) |
| 04/24/2026 | Ï 3 | Request for Clerk to Issue Summons on Summons Request,,,,,,,,,,,,,,,,,,, 2 , Complaint (Attorney Civil Case Opening) 1 filed by plaintiff The City of Fullerton. (Klenov, Michael) (Entered: 04/24/2026) |
| 04/29/2026 | Ï 4 | NOTICE OF ASSIGNMENT to District Judge David O. Carter and Magistrate Judge Steve Kim. (jtil) (Entered: 04/29/2026) |
| 04/29/2026 | Ï 5 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 04/29/2026) |
| 04/29/2026 | Ï 6 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 04/29/2026) |
| 04/29/2026 | Ï 7 | NOTICE OF DEFICIENCIES in Request to Issue Summons. The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your request. (jtil) (Entered: 04/29/2026) |
| 04/29/2026 | Ï 8 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: Other error(s) with document(s): The case initiating complaint is |

| | | |
|---|---|---|
| | | incomplete and fails to join all necessary parties to the action. No further action is required unless directed by the Court. (jtil) (Entered: 04/29/2026) |
| 04/30/2026 | Ï 9 | INITIAL STANDING ORDER by Judge David O. Carter. (kdu) (Entered: 04/30/2026) |
| 04/30/2026 | Ï 10 | Notice filed by Plaintiff The City of Fullerton. *of Errata with Corrected Case Caption Page* (Attachments: # 1 Exhibit A − Corrected Case Caption Page)(Klenov, Michael) (Entered: 04/30/2026) |
| 05/08/2026 | Ï 11 | Conditional Transfer Order − 5 from the United States Judicial Panel on Multidistrict Litigation, MDL 3179, transferring case to USDC, Eastern District of Wisconsin and assigned to Honorable Judge Griesbach. Case transferred electronically. (MD JS−6. Case Terminated.) (twdb) (Entered: 05/14/2026) |